UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

| | |
|---|---|
| BRENDA CLARK-DRAHEIM,<br>      Plaintiff,<br><br>   vs.<br><br>AMERICAN CREDIT<br>ACCEPTANCE, LLC; and<br>TRANS UNION LLC;<br>      Defendants. | CASE NO. 2:17-cv-12508-AJT-EAS<br><br>Judge Arthur J. Tarnow<br>Magistrate Judge Elizabeth A. Stafford |

_____

### JOINT NOTICE OF SETTLEMENT
### BETWEEN PLAINTIFF AND TRANS UNION, LLC ONLY
_____

Plaintiff, Brenda Clark-Draheim, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action. Accordingly, Trans Union does not intend to participate in the Scheduling/Settlement Conference, currently scheduled for December 11, 2017. Plaintiff and Trans Union shortly will file a Stipulation Of Dismissal With Prejudice, once the settlement has been consummated.

Respectfully submitted,

*s/ Scott Brady*
Sandra Davis Jansen, Esq.  (IN #27803-53)
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com
E-Mail:  sbrady@schuckitlaw.com

*Counsel for Trans Union, LLC*


Brian A. Nettleingham, Esq. (MI #P58966)
Maddin, Hauser, Wartell, Roth
& Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail:  ban@maddinhauser.com

*Local Counsel for Defendant Trans Union, LLC*


*s/ with consent of Sergei Lemberg*
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Telephone:  (203) 653-2250
Fax:  (203) 653-3424
E-Mail:  slemberg@lemberglaw.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| BRENDA CLARK-DRAHEIM,<br>     Plaintiff,<br><br>          vs.<br><br>AMERICAN CREDIT<br>ACCEPTANCE, LLC; and<br>TRANS UNION LLC;<br>     Defendants. | CASE NO. 2:17-cv-12508-AJT-EAS<br><br>Judge Arthur J. Tarnow<br>Magistrate Judge Elizabeth A. Stafford |

## CERTIFICATE OF SERVICE

I, **Scott Brady,** hereby certify that on the **1st day of December, 2017**, I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| Sergei Lemberg, Esq.<br>slemberg@lemberglaw.com | Matthew T. Mitchell, Esq.<br>mmitchel@burr.com |
|---|---|

I further certify that on the **1st day of December, 2017**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| None. | |
|---|---|

       Respectfully submitted,


       *s/ Scott Brady*
       Sandra Davis Jansen, Esq.  (IN #27803-53)
       Scott E. Brady, Esq. (IN #30534-49)
       Schuckit & Associates, P.C.
       4545 Northwestern Drive
       Zionsville, IN  46077
       Telephone:  317-363-2400
       Fax:  317-363-2257
       E-Mail:  sjansen@schuckitlaw.com
       E-Mail:  sbrady@schuckitlaw.com

       *Counsel for Trans Union, LLC*