# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Brenda Clark-Draheim, | : <br> : <br> : Civil Action No.: 2:17-cv-12508 <br> : <br> : |
| Plaintiff, | : |
| v. | : |
| American Credit Acceptance, LLC; and Trans Union LLC, | : <br> : <br> : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION PURSUANT TO RULE 41(a) AS TO DEFENDANT AMERICAN CREDIT ACCEPTANCE, LLC, ONLY, WITHOUT PREJUDICE

Brenda Clark-Draheim ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendant American Credit Acceptance, LLC, only, without prejudice and without costs or attorney fees to either party.

Dated: December 4, 2017

Respectfully submitted,
PLAINTIFF, Brenda Clark-Draheim

By:  */s/ Sergei Lemberg*  _____
Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 4, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.


                                        By */s/ Sergei Lemberg*_____
                                             Sergei Lemberg, Esq.