# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

BRENDA CLARK-DRAHEIM, CASE NO. 2:17-cv-12508-AJT-EAS
        Plaintiff,

                            Judge Arthur J. Tarnow
   vs.                Magistrate Judge Elizabeth A. Stafford

AMERICAN CREDIT
ACCEPTANCE, LLC; and
TRANS UNION LLC;
        Defendants.

_____

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TRANS UNION, LLC, ONLY

_____

      Plaintiff Brenda Clark-Draheim, by counsel, and Defendant Trans Union, LLC, by counsel, having agreed to the entry of this Stipulation And Order Of Dismissal With Prejudice dismissing all claims of Plaintiff Brenda Clark-Draheim against Defendant Trans Union, LLC only, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

      IT IS, THEREFORE, ORDERED that all claims of Plaintiff Brenda Clark-Draheim against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff and Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: December 7, 2017        s/Arthur J. Tarnow
                                       JUDGE, United States District Court, Eastern
                                       District of Michigan, Southern Division

**I consent to the entry of this order**:

Date:  December 6, 2017         *s/ Sergei Lemberg (with consent)*
                                Sergei Lemberg, Esq.
                                Lemberg Law, LLC
                                43 Danbury Road, 3rd Floor
                                Wilton, CT  06897
                                Telephone:  (203) 653-2250
                                Fax:  (203) 653-3424
                                E-Mail:  slemberg@lemberglaw.com

                                *Counsel for Plaintiff Brenda Clark-Draheim*

Date:  December 6, 2017         *s/ Scott E. Brady*
                                Sandra Davis Jansen, Esq.  (IN #27803-53)
                                Scott E. Brady, Esq. (IN #30534-49)
                                Schuckit & Associates, P.C.
                                4545 Northwestern Drive
                                Zionsville, IN  46077
                                Telephone:  317-363-2400
                                Fax:  317-363-2257
                                E-Mail:  sjansen@schuckitlaw.com
                                E-Mail:  sbrady@schuckitlaw.com

                                *Counsel for Trans Union, LLC*


                                Brian A. Nettleingham, Esq. (MI #P58966)
                                Maddin, Hauser, Wartell, Roth
                                & Heller, P.C.
                                28400 Northwestern Hwy., 3rd Floor
                                Southfield, MI 48034
                                Telephone: 248-359-7503
                                E-Mail:  ban@maddinhauser.com

                                *Local Counsel for Defendant Trans Union, LLC*